JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN A. RUTHERFORD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHASE HOME FINANCE LLC, ) <br> WMC MORTGAGE CORP., a ) <br> California corporation, ) <br> Mortgage Electronic ) <br> Registration System, ) <br> Inc., and DOES 1, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. EDCV 09-912-VAP (Ex) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.


Dated:  June 9, 2009                    _____
                                         VIRGINIA A. PHILLIPS
                                         United States District Judge